Adam Kraut, Esq.
Attorney Id. No. 318482
Second Amendment Foundation
12500 N.E. Tenth Place
Bellevue, Washington  98005
Akraut@SAF.org
(425) 454-7012

Joshua Prince, Esq.
Attorney Id. No. 306521
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@CivilRightsDefenseFirm.com
(888) 202-9297 ext 81114
(610) 400-8439 (f)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT GREENE,** *et al.* | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Complaint – Civil Rights |
| | : | |
| | : | |
| **MERRICK B. GARLAND,** *et al.* | : | Docket No. 1:24-cv-21 |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of Plaintiffs Robert Greene and Second Amendment Foundation, in the above-captioned matter.

Respectfully Submitted,

*/s/ Joshua Prince*
Joshua Prince, Esq.

2

                                                                              CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Joshua@Civilrightsdefensefirm.com
(888) 202-9297 ext 81114
(610) 400-8439 (f)

2