# Exhibit C

---------- Forwarded message ---------
From: **Green Choice Medical Support** <support@greenchoicemedical.com>
Date: Tue, Feb 27, 2024 at 2:23 PM
Subject: Medical Marijuana Virtual Consultation
To: ████████@gmail.com>

2/27/2204

RE: James Irey
DOB: 12/5/1977

Mr. Irey,

This letter is to memorialize our discussion during our virtual medical consultation on 2/26/24 during which we discussed your medical conditions and whether participation in the Pennsylvania Medical Marijuana Program would be a good treatment option for you.

As we discussed, you suffer from chronic pain and radiculopathy from a number of injuries you have sustained over the years. Your injuries are 100% service connected as found by the Department of Veterans Affairs relating to your time serving in the army. You do meet the criteria for participation in the Pennsylvania Medical Marijuana Program for your chronic pain and associated neuropathy. I am happy to approve you for your medical marijuana card, however, as you explained, you have decided not to complete your approval because registering for or obtaining a medical marijuana card would cause problems with your permit to carry a firearm and ability to acquire and possess firearms and ammunition. At this time, we have not formally registered you with the PA DOH Medical Marijuana Program. But from a medical standpoint, you are approved and know to contact me at any point in the future if you want to obtain your actual Pennsylvania Medical Marijuana Card.

Feel free to contact me with any questions.

Steven Nissman, MD
NPI: 1184659310
215-421-7404