IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GREENE, *et al.*, | ) | CIVIL ACTION NO. 1:24-cv-00021 |
| Plaintiffs, | ) | |
| | ) | District Judge Cathy Bissoon |
| v. | ) | |
| | ) | |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 6, 2024, Plaintiffs filed the Amended Complaint in this action. *See* Doc. No. 7. On March 11, 2024, the United States Attorney received service of the summons and Amended Complaint. *See* Doc. No. 12. Accordingly, the deadline for Defendants to respond to the Amended Complaint is currently May 10, 2024. *See* Fed. R. Civ. P. 12(a)(2).

On March 19, 2024, Plaintiffs filed a Motion for Preliminary Injunction. *See* Doc. No. 11; *see also* Doc. No. 16 (supporting memorandum). On April 17, 2024, the Court entered an order setting a hearing on Plaintiffs' Motion for Preliminary Injunction for May 6, 2024, stating: "At the Hearing, each side will be afforded two (2) hours, all inclusive, to present evidence, testimony and arguments regarding the motion." ECF No. 23.

On April 29, 2024, Plaintiffs and Defendants (collectively, the "Parties") filed a stipulation concerning the preliminary injunction hearing and Defendants' response to the Amended Complaint. The Parties stipulated that certain exhibits, attached to the Stipulation as Exhibits A-G, may be admitted and considered by the Court in rendering a decision on the Motion for Preliminary Injunction. Stipulation ¶¶ 1-7. The Parties further stipulated that the sources cited in the Parties' briefing on the Motion for Preliminary Injunction need not be admitted into evidence to be considered by the Court in ruling on the Motion for Preliminary Injunction, although the

Parties dispute the extent to which those sources are relevant or applicable under governing case law.  *Id.* ¶ 8.  The Parties stipulated to certain pertinent facts.  *Id.* ¶¶ 9-22.  The Parties stipulated that either the preliminary injunction hearing could be converted into an oral argument, or the Court could decide the Motion for Preliminary Injunction on the basis of the Stipulation and exhibits and the Parties' briefing.  *Id.* ¶¶ 23-24.  The Parties stipulated that Defendants' deadline to respond to the Amended Complaint should be extended to twenty-one (21) days after the Court rules on the Motion for Preliminary Injunction.  *Id.* ¶ 25.

The Court hereby ENTERS and ADOPTS the Stipulation of the Parties.

Exhibits A-G to the Stipulation of the Parties are ADMITTED for purposes of the Motion for Preliminary Injunction.

The Court further ORDERS that the sources cited in the Parties' briefing on the Motion for Preliminary Injunction need not be admitted into evidence to be considered on the Motion for Preliminary Injunction.  This order does not establish whether any such sources are relevant or applicable under governing case law.

It is hereby ORDERED that based on the Stipulation of the Parties, the hearing on the Plaintiffs' Motion for Preliminary Injunction on May 6, 2024, is CANCELLED and the Court is taking Plaintiffs' Motion for a Preliminary Injunction under advisement.

It is hereby ORDERED that Defendants' deadline to respond to the Amended Complaint is EXTENDED to 21 days after the Court rules on the Motion for Preliminary Injunction.

SO ORDERED.

April 29, 2024

s/Cathy Bissoon
UNITED STATES DISTRICT JUDGE
CATHY BISSOON

cc (via ECF email notification):
All Counsel Currently of Record