IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GREENE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:24-00021 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| PAMELA BONDI, *et al.*, | ) | |
| | ) | |
| Defendants.[1] | ) | |

# JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

June 30, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[1] The First Amended Complaint named Merrick B. Garland, then the Attorney General of the United States, and Christopher Wray, then Director of the FBI. Pamela Bondi since has become Attorney General and Kash Patel since has been named Director of the FBI; thus, both automatically are substituted as defendants. Fed. R. Civ. P. 25(d).