OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 13, 2026

Brandy S. Lonchena
United States District Court for the Western District of Pennsylvania
17 S Park Row
United States Courthouse
Erie, PA 16501

**RE: Robert Greene, et al v. Attorney General of the United States, et al**
**Case Number: 25-2309**
**District Court Case Number: 1:24-cv-00021**

Dear District Clerk:

Enclosed herewith is the certified copy of the order in the above-captioned case. The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Anthony
Case Manager
267-299-4916

cc:
Dillon Harris, Esq.
Steven H. Hazel, Esq.
Joshua Prince, Esq.
Michael S. Raab, Esq.